## Beirne Adoption Case.

Argued May 1, 1964. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Milford J. Meyer,* for appellants.

*I. Reines Skier,* for appellees.

OPINION PER CURIAM, July 1, 1964:
Decree affirmed. Costs on appellees.